IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3081 |
| vs. | ORDER |
| MICHAEL C. BECKER, | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 48). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED that the indictment is dismissed without prejudice.

Dated this 8th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge